Steven S. Vosbikian
VOSBIKIAN & VOSBIKIAN
Attorney for Petitioner
1946 Marlton Pike East
Cherry Hill, NJ 08003
T: (856) 755-1400; F (856) 755-1475
ssvosbikian@voslaw.com

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BARBOSA FERREIRA, <br><br> *Plaintiff,* <br><br> v. <br><br> TODD BLANCHE, ET AL, <br><br> *Defendants.* | Civil Action No.: 2:26-cv-09095-JXN <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its

counsel hereby give notice that the above-style action is voluntary dismissed, with

prejudice against the Defendants.

Dated this 13th day of August 2026

Respectfully submitted,

VOSBIKIAN & VOSBIKIAN

By: _____

**So ORDERED on 8/14/2026:**       STEVEN S. VOSBIKIAN
                                   Attorney for Petitioner

**JULIEN XAVIER NEALS**
**United States District Judge**

- 1 -